THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 In the Matter
 of the Care and Treatment of Steve E. Miller, Appellant.
 
 
 
 
 

Appeal From Richland County
Alison Renee Lee, Circuit Court Judge

Unpublished Opinion No.  2010-UP-543  
 Submitted December 1, 2010  Filed
December 16, 2010

AFFIRMED

 
 
 
 Appellate Defender LaNelle C. DuRant, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Attorney General Deborah R.J.
 Shupe, Assistant Attorney General R. Westmoreland Clark, and Assistant Attorney
 General William M. Blitch, Jr., all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Steve E. Miller appeals the trial
 court's order committing him to the Department of Mental Health after a jury
 determined he met the definition of a sexually violent predator.  Miller argues
 the trial court erred in excluding evidence proving the treatment facility
 formerly housed inmates on death row.  We believe the trial court properly
 exercised its discretion in excluding the evidence and, therefore, affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
 authority:  State v. Aleksey, 343 S.C. 20, 35, 538 S.E.2d 248, 256
 (2000) (stating the trial court is given broad discretion in ruling on
 questions concerning the relevance of evidence, and the court's decision will
 be reversed only if there is a clear abuse of discretion).
AFFIRMED.
FEW, C.J., SHORT and
 WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.